**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**IN RE: IRA REYNOLDS, as Personal Representative**
**of the ESTATE OF HOWARD REYNOLDS,**

     Plaintiff,

                                         **CASE NO.: 4:22CV215-MW/MAF**

v.

**CLEAR BLUE INSURANCE COMPANY,**

     Defendant,

_____/

**CLEAR BLUE INSURANCE COMPANY'S**
**UNOPPOSED, MOTION FOR LEAVE TO**
**FILE A REPLY**

**COMES NOW** the Plaintiff, CLEAR BLUE INSURANCE COMPANY ("Clear Blue"), by and through undersigned counsel and pursuant to Local Rule 7.1(I) hereby moves this Court to file a three-page Reply to Plaintiff's Response to Clear Blue's Motion to Dismiss, the same being due within three days of this Court granting this Motion, and further states:

1.     Pursuant to Local Rule 7.1 (I) "A party ordinarily may not file a reply memorandum in support of a motion. But . . . . the Court may grant leave to file a reply memorandum in support of another motion."

2.     Clear Blue filed a Motion to Dismiss Plaintiff's Compliant on June 10, 2022 [D.E. 5].

3. Plaintiff filed their Response to the Motion to Dismiss on June 27, 2022. [D.E. 8].

4. Clear Blue respectfully requests the opportunity to file a Reply, which Plaintiff does not oppose, to Plaintiff's Response to the Motion to Dismiss.

WHEREFORE, Clear Blue respectfully requests this Honorable Court grant leave under Local Rule 7.1(I) to issue an Order granting Clear Blue an opportunity to file a Reply to Plaintiff's Response to the Motion to Dismiss.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), Counsel for Clear Blue conferred with Counsel for Plaintiff regarding this Motion through email on June 28, 2022. As a result of this conferral, Plaintiff's Counsel has stated that Plaintiff does not oppose this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30, 2022, I presented the foregoing to the Clerk of Court for filing and uploading the CM/ECF system.

By: */s/ Madison Breder*
Bruce A. Aebel, Esquire
Florida Bar No: 0066435
Email: baebel@bankerlopez.com

service-baebel@bankerlopez.com
Madison Breder, Esquire
Florida Bar No.: 1025330
Email: mbreder@bankerlopez.com
service-mbreder@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel. No: (813) 221-1500
Fax No: (813) 222-3066
Attorney for Defendant
*Clear Blue Insurance Company*